# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
HINES, RONALD E.                      §     Case No. 10-23782
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 7th Floor, Federal Building
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 02/24/2012 in Courtroom 4016,

> DuPage County Courthouse
> 505 North County Farm Road
> Wheaton, IL  60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
HINES, RONALD E. § Case No. 10-23782
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 7,500.45 |
| and approved disbursements of | $ 68.84 |
| leaving a balance on hand of[1] | $ 7,431.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,500.05 | $ 0.00 | $ 1,500.05 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 1,434.00 | $ 0.00 | $ 1,434.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,934.05 |
| Remaining Balance | $ 4,497.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,480.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ 3,480.00 | $ 0.00 | $ 3,480.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 3,480.00 |
| Remaining Balance | $ | 1,017.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,643.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 29.65 | $ 0.00 | $ 0.95 |
| 000002 | Chase Bank USA, N.A. | $ 1,436.14 | $ 0.00 | $ 46.18 |
| 000003 | Fia Card Services, NA/Bank of America | $ 3,242.70 | $ 0.00 | $ 104.27 |
| 000004 | American Express Travel Related Services | $ 26,935.29 | $ 0.00 | $ 866.16 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 1,017.56 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                    Case No. 10-23782-CD
Ronald E. Hines                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: mmyers              Page 1 of 2              Date Rcvd: Feb 01, 2012
                                Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2012.
```
db          #+Ronald E. Hines,   4047 Black Stone Dr.,   Aurora, IL 60504-5393
15627471     American Express,   Box 0001,   Los Angeles, CA 90096-0001
16396266     American Express Travel Related Services,   Co, Inc Corp Card,   c o Becket and Lee LLP,
              POB 3001,   Malvern, PA 19355-0701
15627472    +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
15975920     Care Credit,   C/O Enchanced Recovery Corp,   814 Bayberry Rd,   Jacksonville, FL 32256
15627474    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16025626     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15627475     Chase Home Finance LLC,   3415 Vision Dr,   Columbus, OH 43219-6009
15627470    +Gierum & Mantas,   9700 West Higgins Road Suite 1015,   Rosemont, IL 60018-4712
15627469    +Hines Ronald E,   4047 Black Stone Dr,   Aurora, IL 60504-5393
15627476    +Hsbc/bsbuy,   Pob 15521,   Wilmington, DE 19850-5521
15627479    +Keynote Consulting,   220 W Campus Dr Ste 102,   Arlington Heights, IL 60004-1498
15627480     Pierce And Associates,   1 N Dearborn St. Fl. 13,   Chicago, IL 60602-4321
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16388164     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2012 05:38:31
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK 73124-8809
15627477     E-mail/Text: cio.bncmail@irs.gov Feb 02 2012 04:27:42     Internal Revenue Service,
              P.O. Box 21126,   Philadelphia, PA 19114-0326
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Springer Brown Covey Gaertner & Davis LLC
15627473    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15627478    ##+Katherine L. Hines,   24202 Apple Creek Lane,   Plainfield, IL 60586-1716
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2012**               **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: mmyers              Page 2 of 2             Date Rcvd: Feb 01, 2012
                              Form ID: pdf006           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2012 at the address(es) listed below:

          Christopher M Brown   on behalf of Creditor  BAC Home Loans Servicing, L.P. northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
          David R Brown   on behalf of Trustee David Brown dbrown@springerbrown.com, marigonzo@springerbrown.com;jill@springerbrown.com
          David R Brown   dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          John E Gierum   on behalf of Debtor Ronald Hines jgierum@7trustee.net, joanne@gierummantas.com;karen@gierummantas.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                                                                     TOTAL: 5