## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RONALD E. HINES, | ) | CASE NO. 10-23782 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on **May 8, 2012**, I caused to be filed with the Bankruptcy Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, the **Chapter 7 Trustee's Final Account and Distribution Report Certification That The Estate Has Been Fully Administered and Application to Be Discharged** a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,
**David R. Brown**

By:  /s/ David R. Brown

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL 60101
(630) 510-0000
tspringer@springerbrown.com