UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
HINES, RONALD E.                    §     Case No. 10-23782
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DAVID R. BROWN_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Chase Home Finance LLC 3415 Vision Dr Columbus, OH 43219-6009 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pierce And Associates 1 N Dearborn St. Fl. 13 Chicago, IL 60602-4321 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| SPRINGER, BROWN | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| | Katherine L. Hines 24202 Apple Creek Lane Plainfield, IL  60504 | | | | | |
| 000001B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA  90096-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Hsbc/bsbuy Pob 15521 Wilmington, DE 19805 | | | | | |
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL 60004 | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| 000004 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-23782 | JHS | Judge: JOHN H. SQUIRES | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | HINES, RONALD E. | | | | Date Filed (f) or Converted (c): | 05/25/10 (f) |
| | | | | | 341(a) Meeting Date: | 07/27/10 |
| For Period Ending: | 12/28/11 | | | | Claims Bar Date: | 11/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate located at 24202 Apple Creek, Plainfie | 280,000.00 | 0.00 | DA | 0.00 | FA |
| 2. checking account | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. normal household goods and related | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. normal wardrobes and related | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. 401k | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Pension | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2007 Cadillac CTS | 13,000.00 | 0.00 | | 7,500.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 0.45 | Unknown |
| TOTALS (Excluding Unknown Values) | $424,850.00 | $0.00 | | $7,500.45 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Needs claim review and FR

Initial Projected Date of Final Report (TFR): 04/15/11     Current Projected Date of Final Report (TFR): 04/15/11

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.04e

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-23782 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | HINES, RONALD E. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1432 Money Market Account |
| Taxpayer ID No: | *******2429 | | |
| For Period Ending: | 12/28/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/10 | 8 | Ronald Hines | | 1129-000 | 7,500.00 | | 7,500.00 |
| 11/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.05 | | 7,500.05 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.31 | | 7,500.36 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | 0.09 | | 7,500.45 |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 17.21 | 7,483.24 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | 17.21 | 7,466.03 |
| 12/19/11 | | Union Bank | Bank Charges | 2600-000 | | 17.21 | 7,448.82 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,500.45 | 51.63 | 7,448.82 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,500.45 | 51.63 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.45 | 51.63 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********1432 | 7,500.45 | 51.63 | 7,448.82 |
| | 7,500.45 | 51.63 | 7,448.82 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  7,500.45  51.63

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*